UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-679-MOC-DCK

| | |
|---|---|
| DAN BISHOP, | ) |
| Plaintiff, | ) |
| vs. | ) |
| AMY L. FUNDERBURK, et al., | )  **ORDER** |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendants' Motions for Extension of Time to File Response/Reply re: Motion for Preliminary Injunction Motion for Writ of Mandamus and to File Answer or Responsive Pleadings to Plaintiff's Complaint. (Doc. Nos. 7, 10). Defendants' motions are **GRANTED**, and Defendants' deadline to respond is extended to January 31, 2022.

**IT IS SO ORDERED.**

Signed: January 5, 2022

Max O. Cogburn Jr
United States District Judge